# PATRICK J. BRACKLEY

− ATTORNEY AT LAW −
233 BROADWAY, SUITE 2370
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

July 18, 2025

Vía ECF

Honorable Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York , New York  10013

      <u>United States v. Hugo Montas</u> 0208 1:18 CR00866-01 (JPO)

Honorable Judge Oetken:

      At this time I am respectfully requesting with the consent of the Government that the appearance for Hugo Montas on July 21, 2025, be adjourned for at least a week. I need more time to perfect my Submission.

      Thank you for your time and consideration in this matter.

I remain,


<u>/s/ Patrick J. Brackley</u>
Patrick Jerome Brackley
Attorney at Law
233 Broadway, Suite 2370
New York, NY 10279
Office: 212-334-3736
Cell: 917-523-7265