# PATRICK J. BRACKLEY

− ATTORNEY AT LAW −
233 BROADWAY, SUITE 2370
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

July 31, 2025

Vía ECF

Honorable Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10013

       <u>United States v. Hugo Montas</u> 0208 1:18 CR00866-01 (JPO)

Honorable Judge Oetken:

       With the consent of the Government thorough AUSA Nicholas Chiuchiolo, I am requesting one final continuance for the VOSR Hearing. I am still engaged on a Homicide trial in Bronx County. I have not had the opportunity to visit my client.

       I am requesting August 15, 2025. AUSA Chiuchiolo informs me he is not available the last week of August.

       Thank you for your kind consideration in this matter.

I remain,

/s/ Patrick J. Brackley

Patrick Jerome Brackley

Attorney at Law

233 Broadway, Suite 2370

New York, NY 10279

Office: 212-334-3736

Cell: 917-523-7265